# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                            CASE NO: 2:11-cr-80-FtM-29UAM

ALFREDO J. SARARO, III

## ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

On June 4, 3013, the Court entered an order granting the Defendant's Affidavit of Indigency and directing the Clerk to appoint the Federal Public Defender for representation and to add Counsel to the docket. See Doc. #175. As the Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case for purposes of appeal, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

### TYPE OF APPOINTMENT

- Appeal purposes only

**DONE AND ORDERED** at Fort Myers, Florida, this 7th day of June, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Parties of Record